## Del Valle *v.* Andreu et al.

Apelación procedente de la Corte de Distrito de Humacao.

No. 162.—Resuelto en noviembre 7, 1907.

Apelación—Escrito de Apelación—Jurisdicción.—Si en la transcripción de autos presentada á los efectos de una apelación, no se hubiere incluído copia del escrito de apelación, el tribunal carecerá de jurisdicción para conocer de dicha apelación, y ésta deberá desestimarse.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. Manuel F. Rossy.*

Abogado del apelado: *Sr. Aponte.*

EL JUEZ ASOCIADO SR. FIGUERAS, emitió la opinión del tribunal.

En un juicio de desahucio, ya terminado, presentaron los demandados, ante la Corte de Distrito arriba expresada, un *memorandum* sobre costas, ascendente á ciento veinte y seis pesos setenta y nueve centavos, y que, según ellos, debía satisfacer el demandante del Valle Atiles, con arreglo á la sentencia definitiva que en dicho juicio de desahucio dictó este Tribunal Supremo en 5 de diciembre de 1906.

La corte de distrito dió curso al asunto, conforme á ley, y como del Valle Atiles, no impugnó el *memorandum* en el plazo concedido para ese objeto, se concedió la referida cantidad reclamada como costas con fecha 9 de enero de 1907.

Más luego del Valle Atiles, dirigido por abogado, presentó ante dicha corte una moción con el fin de que se reconsiderase la anterior orden, alegando las razones que creyó pertinentes á su derecho; pero la corte negó la moción en 9 de febrero de 1907.

Esas dos son las órdenes apeladas.

Aquí tenemos una exposición del caso aprobado por el juez, pero no existe en el récord escrito alguno de apelación, y carecemos, por tanto, de jurisdicción para conocer del recurso interpuesto, porque abiertamente se ha infringido el artículo 299 del Código de Enjuiciamiento Civil, que dice así:

"En la apelación contra una sentencia definitiva, el apelante debe presentar á la corte de apelación una copia del escrito interponiendo el recurso, del legajo de la sentencia y de cualquier pliego de excepciones ó alegación hecha en el caso, en los cuales se apoyare el apelante, etc."

Y en este caso es de aplicación el 303, que es como sigue:

"Si el apelante dejare de presentar los documentos requeridos, la apelación deberá ser desestimada."

Ya ésta es cuestión que ha sido resuelta en tres distintas ocasiones, es á saber:

"No. 62. *José A. Fernández,* v. *Sucesión de María Irizarry y otros,* fallada en 26 de enero de 1906. Ponente—Juez Sr. Hernández.

"No. 18. *Margarita Hecht, Ex parte,* fallada en 29 de junio de 1906. Ponente—Presidente Sr. Quiñones.

"No. 67. *Ignacio Franco, Ex parte,* fallada en 16 de octubre de 1906. Ponente—Juez Sr. Wolf."

Con tales antecedentes, el juez que suscribe, entiende que debe desestimarse el recurso de apelación que se dice establecido por Don Manuel del Valle Atiles con las costas del recurso á su cargo como apelante.

*Desestimada.*

Jueces concurrentes: Sres. Presidente Quiñones y Asociados, Hernández y Wolf.

El Juez Asociado Sr. MacLeary, no intervino en la resolución de este caso.